Certificate Number: 05781-GAN-DE-041481377

Bankruptcy Case Number: 26-60462

05781-GAN-DE-041481377

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 24, 2026, at 2:53 o'clock AM PDT, Rogino Vergin completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date: September 24, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President